**Keith N. AIKEN, Petitioner**

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 2015–3180.

United States Court of Appeals, Federal Circuit.

Dec. 11, 2015.

Keith N. Aiken, Vine Grove, KY, pro se.

Alexander Orlando Canizares, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, for respondent. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Deborah A. Bynum.

PROST, Chief Judge, DYK and TARANTO, Circuit Judges.

**JUDGEMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**